IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DEREK KOLB,<br><br>    Plaintiff,<br><br>v.<br><br>WILLSHOW INCORPORATED d/b/a TEXAS REALTY AND MANAGEMENT,<br><br>    Defendant. | CIVIL ACTION NO. 4:13-CV-03635<br><br>JURY TRIAL DEMANDED |

## AGREED MOTION TO DISMISS

WHEREAS, Plaintiff, Derek Kolb, and Defendant, Willshow Incorporated d/b/a Texas Realty and Management (collectively, "the Parties") have entered into a Full and Final Settlement and Release Agreement ("Settlement Agreement"), the Parties jointly ask the Court to dismiss this entire matter with prejudice, with each party responsible for his/its respective taxable costs of Court and attorney's fees, except as otherwise stated in the Settlement Agreement.

Respectfully submitted,

 /s/ *Christopher P. McGreal by permission*
*Tyler T. VanHoutan*
CHRISTOPHER P. MCGREAL
Attorney-In-Charge
State Bar No. 24051774
Southern Dist. ID  1374440
DISABILITY RIGHTS TEXAS
1420 W. Mockingbird Lane, Suite 450
Dallas, Texas 75247
(214) 845-4056 (Phone)
(214) 630-3472 (Fax)
cmcgreal@drtx.org

**AGREED MOTION TO DISMISS – Page 1**

TYLER T. VANHOUTAN
State Bar No. 24033290
Southern Dist. ID  30827
WINSTON & STRAWN, LLP
1111 Louisiana Street, 25th Floor
Houston, Texas 77002
(713) 651-2600 (Phone)
(713) 651-2700 (Fax)
tvanhoutan@winston.com

**ATTORNEY FOR PLAINTIFF DEREK KOLB**

/s/ *Mike Jacobellis*_____
MICHAEL JACOBELLIS
Texas Bar No. 10151011
USDC-SD Bar No. 24402
Weslayan Tower, Suite 1400
24 Greenway Plaza
Houston, Texas 77046
Telephone:  (713) 659-6767
Michael.Jacobellis@lewisbrisbois.com

**ATTORNEY FOR DEFENDANT,
WILLSHOW INCORPORATED d/b/a TEXAS
REALTY AND MANAGEMENT**

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served on counsel of record who are deemed to have consented to electronic service on September 2, 2014, via electronic filing using the Court's CM/ECF system.

*/s/ Tyler T. VanHoutan* _____
Tyler T. VanHoutan