UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DEREK B. KOLB, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:13-CV-3635 |
| | § | |
| WILLSHOW INCORPORATED d/b/a TEXAS | § | |
| REALTY AND MANAGEMENT, | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

At the joint request of the plaintiff, Derek Kolb and the defendant, Willshow Incorporated d/b/a Texas Realty and Management, it is:

ORDERED that plaintiff's claims and causes of action against defendant are hereby dismissed with prejudice to re-filing the same. Each party is responsible for his/its respective taxable costs of Court and attorney's fees. This is a Final Order of Dismissal with prejudice.

SIGNED on this 3rd day of September, 2014.

_____
Kenneth M. Hoyt
United States District Judge

1 / 1